# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| Dancing Echo Leevon Knight, | ) | Case No. 4:13-cr-142-7 |
| | ) | |
| Defendant. | ) | |

On August 18, 2015, defendant appeared before the court on a petition for action on the conditions of her supervised release. Following a detention hearing on August 19, 2015, she was ordered detained pending a final hearing on the petition.

On October 27, 2015, the court issued an order modifying defendant's conditions of supervision to permit her to reside at the Robinson Recovery Center in Fargo, North Dakota, and participate in its substance abuse treatment program. The Pretrial Services Office has now advised that there will be space available for defendant at the Robinson Recovery Center on November 11, 2015.

Accordingly, it is **ORDERED** that defendant shall be released, subject to the conditions of supervision as modified by the court in its October 27, 2015, to her mother, Rose Crow Flies, no earlier than 6:00 a.m. on November 11, 2015, for transport to the Robinson Recovery Center in Fargo. Defendant is to report to the Robinson Recovery Center by 12:00 p.m. on November 11, 2015.

Dated this 5th day of November, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court